Court of Criminal Appeals of Texas
P.o. Box. 12308. Capitol. station
Austin Texas 78-711

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAY 07 2015
Abel Acosta, Clerk

honorable        Abel Acosta
                 Clerk

es un honor escribirle Nuevamente el motivo
de esta Carta. es para Comfirmarle. que Resivi
una. documentacion. de la Peticion que le
Emvie estimada doctora Carolyn. Thuthaler


deJeme decirle que una de las Peticiones NO
se Consedio. le Pedi Comprobacion del
Tratamiento- o medicamento. durante el Tiemlo
que estuve en Custodia en Harris County
y ComProvacion. del historia medico. del Pasado
y el Nombre del medico. y la Fecha asiGnada
a lo Belativo al viros. en estos documentos
NO defive y NO EXiste Evidencia de
Tratamiento o medicamento. y Fechu
o Testimonio. de Prevenciones. o RecTricciónes
            del medico de Cabesera

honorable    Abel Acosta
             clerk

espero su Comprencion Por estas aclaraciones

en unos de los documentos que me emvio
estimada doctora Carolyn Fruthaler. se
encuentra una Comfirmacion que va a
Poner un Nuevo CarGo sobre carGo Por las
Peticiones. No Considero que No asePTa mi
Cooperacion. me estan INTimidiendo Con
Poner CarGos a lo meJor quieren que No
Permanesca en silencio que Todo quede
en inPunidad. a la Causa No Como Pasiente
TenGo Todo el derecho que CorresPonde
        saber de mi historial medico


y le Comfirmo Cuando esTuve en CusTodia
en Harris CounTy Jail la Clinica de Harris
CounTy ellas mismos me enTreGaron un
documenTo. de un dianosTico medico
        que soy neGaTivo a lo.
        RelaTivo


                        Grasia NuevamenTe